

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00335-CV

_____

DAVID LLOYD STANLEY, Appellant

V.

CANDIE LYNN STANLEY, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-674800-20

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On October 26, 2020, and November 10, 2020, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee.  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  December 10, 2020

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).